**Musa Nabieu BANGURA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–1870.

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2007.

Decided: April 10, 2007.

Randall L. Johnson, Johnson & Associates, P.C., Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Kathryn L. Moore, United States Department of Justice, Washington, D.C., for Respondent.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Musa Nabieu Bangura, a native and citizen of Sierra Leone, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Bangura's motion. *See* 8 C.F.R. § 1003.2(a), (c) (2006); *INS v. Abudu*, 485 U.S. 94, 104–05, 108 S.Ct. 904, 99 L.Ed.2d 90 (1988).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*